# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| JAMES B. SHAW, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:22-cv-37 |
| | * | |
| v. | * | |
| | * | |
| SHERIFF CHUCK MOSLEY; MAT SPELL; | * | |
| and NURSE SHAILA BUCKLEY, | * | |
| | * | |
| Defendants. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 5. Plaintiff did not file Objections to this Report and Recommendation. In fact, this Court's mailing was returned as undeliverable, with the notations: "Return to Sender, Refused by Wayne County Jail, Not in Jail" and "Return to Sender, Not Deliverable as Addressed, Unable to Forward." Dkt. No. 6 at 1.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Plaintiff's Complaint for failure to follow this Court's Order and Local Rules and failure to prosecute, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the

AO 72A
(Rev. 8/82)

appropriate judgment.  The Court also **DENIES** Plaintiff *in forma pauperis* status on appeal.

 **SO ORDERED**, this \_\_21\_\_ day of \_\_June\_\_, 2022.

         _____
         HON. LISA GODBEY WOOD, JUDGE
         UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)